UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARMEN R. PERRY SHARP, )<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, Commissioner of )<br>the Social Security Administration, )<br>      Defendant. ) | 1:10-cv-01488-LJM-TAB |

### ENTRY OF JUDGMENT

Through an order dated March 15, 2012, the Court **REMANDED** defendant's, the Commissioner of Social Security, decision to deny plaintiff's, Carmen R. Perry, application for Disability Insurance Benefits and Supplemental Security Income beginning November 2, 2008.

DATED this 15th day of March, 2012.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

_____
LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana

By: _____
    Deputy Clerk

Electronically distributed to:

Patrick Harold Mulvany
patrick@mulvanylaw.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov